# CYNTHIA STEVENS KENT
## ATTORNEY AT LAW
### 2320 DUELING OAKS DRIVE
### TYLER, TEXAS 75703

Cynthia Stevens Kent  
Cynthiaskent@icloud.com

903-258-5444 - Direct  
903-581-3701 - FAX

September 6, 2018

Clerk of the Court  
United States District Court  
Eastern District of Texas  
Marshall Division

Re:  Case No. 2:18-CV-0043-JRG-RSP; *Alexis Foster v. KLTV/KTRE LLC*;  
In the United States District Court for the Eastern District of Texas, Marshall Division

Attached federal mediator's report for e-filing – CASE DID NOT SETTLE

Dear Clerk of the Court:

The above case was mediated in my office on September 4, 2018. The case DID NOT settle at this mediation. The mediation was conducted from 8:30 a.m. to 12:30 p.m. and the fee charged was a total of $ 1,200.00 ($ 600.00 per party).

Thank you for allowing me the opportunity to attempt to assist the parties and the court in this mediation. If I can be of any future assistance, please do not hesitate to contact my office.

Sincerely,

CYNTHIA STEVENS KENT

CSK:cm  
CC: